# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DANNEZ HUNTER, | Case No. 19-CV-590 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| KEITH RUPERT MURDOCH, et al., | |
| Defendants. | |

Plaintiff Dannez Hunter filed a 254-page complaint against numerous individuals and entities [ECF No. 1] as well as an application to proceed *in forma pauperis*. [ECF No. 2] In his March 21, 2019 Report and Recommendation ("R&R"), United States Magistrate Judge David T. Schultz recommended denying the application and dismissing the case under 28 U.S.C. § 1915(e)(2)(B) and Rule 8 of the Federal Rules of Civil Procedure because the complaint was overlong and frivolous. [ECF No. 6.]

Hunter submitted an objection. [ECF No. 8]. This Court reviews *de novo* those portions of the R&R to which objections are made and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see* D. Minn. L.R. 72.2(b)(3). Based on a *de novo* review of the record, IT IS HEREBY ORDERED THAT:

1. The Court ACCEPTS the R&R [ECF No. 6];

2. Hunter's application to proceed *in forma pauperis* [ECF No. 2] is DENIED;

3. Hunter's motions filed after the R&R [ECF Nos. 14 and 24] are DENIED; and

4. The action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.


Dated: May 1, 2019                          BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge