# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANNEZ HUNTER, | Case No. 19-CV-590 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON MOTION AND REQUEST FOR LEAVE OF COURT TO FILE AN OBJECTION |
| KEITH RUPERT MURDOCH, et al., | |
| Defendants. | |

The above-entitled matter comes before the Court upon Plaintiff Dannez Hunter's Motion and Request for Leave of Court to File an Objection. [ECF No. 35]. On May 1, 2019, the Court acceped the Report and Recommendation of United States Magistrate Judge Schultz and dismissed the case pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff requests that the Court allow him to file an objection to the order dismissing this case.

The district court's decision on a motion for reconsideration rests within its discretion. Hagerman v. Yukon Energy Corp., 839 F.2d 407, 413 (8th Cir. 1988).

Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence. . . . Nor should a motion for reconsideration serve as the occasion to tender new legal theories for the first time.

Id. at 414 (citation omitted).

The Court has reviewed Plaintiff's submission and concludes that the Court's May 1, 2019 Order contains no manifest errors of law or fact. Nor has Plaintiff offered new evidence that would alter the Court's Order.

Accordingly, based upon the files, records, and proceedings herein, IT IS HEREBY ORDERED:

> 1. Plaintiff Dannez Hunter's Motion and Request for Permission for Leave of Court to File an Objection [ECF No. 35] is DENIED.

Dated: June 6, 2019　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　United States District Judge